Bernard Madoff,
Jonathan Lee Riches,
Plaintiffs

v.

Joe Arpaio d/b/a Maricopa County Sheriff,
Irving H. Picard,
Frank Dipascali,
David Friehling,
Defendants

Case No: CV09-1747-PHX-JAT-MHB

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

AUG 2 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

[Preliminary Injunction, Temporary Restraining Order, TRO]

Comes Now, the Plaintiffs Bernard Madoff & Jonathan Lee Riches, we face imminent danger and bodily harm from the defendants, masterminded by the toughest sheriff East of the International dateline and West of the Continental divide which is Joe Arpaio. Arpaio lodged illegal arrest warrants against us and plans to Extradite us to Maricopa County to face a bundle of charges including Ponzi scams, Securities fraud, illegal immigration, Injury to Wildlife, illegal Moonshine trafficking and Identity theft and computer fraud. Irving H. Picard is using illegal Ponzi Scam money to finance the operations of Tent city A/K/A Maricopa County Jail, which Picard bought the Execution Noose, rope, and Gallows that killed Sadam Hussein on ebay for $9.95 and Arpaio plans to use and assassinate us with in front of National t.v. during a Arizona Cardinals half time Game. Arpaio plans to dress us in Zebra Stripes and take us to Africa to have Ice-T and Congo natives hunt us down for fraud meet, surviving the game. Joe Arpaio used stolen ponzi money from Steven Speilberg to buy Starwars memoribilia, a Darth Vader mask, and Ewoks and Umpa Lumpas, we were held in Tent city illegally for 365 ⅓ days in 1998, we stayed in Uncle Toms cabin and Embassy Suites with no Continental Breakfast, Illegal immigrants from Costa Rica served us tainted peanut butter from peanut corp of America. Irving H. Picard sodomized us with a Cannon law Book and he stole websters dictonary and Picard & Arpaio got married on the San Franciso door steps, Irving Picard

Madoff v. Arpaio

Made the 911 call at Harvard and said me and Riches were stealing Henry Louis Gates capital one no hassel credit card on his doorsteps and Picard said we were breaking into Gates home to steal uncle Bens, Bean pies, watermellon and KFC, Joe Arpaio is related to officer James Crowley. Both gave Alcohual and Stds to Diane Schuler in west Babylon NY to crash my SUV into a fiery crash because Riches was the father of Schulers 2 Kids. The Defendants are illegally forcing inmates to perform prison sweatshop labor to remodle and rebuild cash for clunkers vehicles in chains, putting our heads in the Exhaust Pipes, we are suffering $CO_2$ emission poisoning and Global warming as our heads exploded in a Roadside bomb that Taliban inmates set in our brains for Jihad. Arpaio had a secret Affair with former Arizona Governer Janet Napolitano at a Phoenix Adt security office which we have the tapes and plan to sell to Bob Saget, Americas funniest home videos. We are scared of Defendants who plan to switch our DNA with the Remains of Navy Capt. Michael Scott Speicher and Ship us to Kingman Arizona and Starve us with Warren Jeffs, we seek restraining orders preventing the transfers. We will go to Arizona without sunscreen leading to cancer and cacti will prick us and give us HIV. Plaintiff Madoff is in Butner recieving treatment for Anal cancer he got from a Columbian Inmate, we pray this court will grant our restraining orders for relief.

respectfully

Bernard Madoff 8-07-2009

Bernard Madoff
#61727-054
Old NC Highway 75
Butner, NC 27509

8-16-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812